IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCA B. PAJARILLO,

       Plaintiff,                        No. 2:09-cv-1081 GEB JFM PS

   vs.

ATLANTIC SAVINGS OF AMERICA, et al.,

       Defendants.           <u>ORDER</u>

_____/

       Plaintiff has requested that this action be dismissed with prejudice. Accordingly, IT IS HEREBY ORDERED that:

       1. Defendants shall notify this court, within ten days, if they have any objection to the dismissal of this action. Should defendants fail to respond, plaintiff's request will be granted pursuant to Fed. R. Civ. P. 41(a)(2).

       2. The scheduling conference set for July 27, 2009 before the Honorable Garland E. Burrell, Jr., is vacated.

DATED: June 25, 2009.

                                         /s/ John F. Moulds
                                     UNITED STATES MAGISTRATE JUDGE

/pajarillo.59a