IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCA B. PAJARILLO,          )
                                 )        2:09-cv-01081-GEB-JFM
          Plaintiff,             )
                                 )
     v.                          )
                                 )
ATLANTIC SAVINGS OF AMERICA;     )
MIDLAND MORTGAGE COMPANY; HSBC   )
BANK, USA, N.A.;  QUALITY LOAN   )
CORPORATION;  CITIBANK,          )
                                 )
          Defendants.            )
_____)

        Plaintiff's request to dismiss this action filed on June 8, 2009, is granted.  Therefore, this action is dismissed and the Clerk of Court is directed to close this action.

Dated:  July 14, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1